**No. 68994.**—F. L. Kraemer & Co. and Tip Top Brush Co., Inc. v. United States, protest 280479–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of fishing line composed of synethetic textile similar in all material respects to that the subject of *J.M.P.R. Trading Corp., Alltransport, Inc.* v. *United States* (43 CCPA 1, C.A.D. 600), the claim of the plaintiffs was sustained.

JANUARY 4, 1965

**No. 68995.**—J. Gerber & Co., Inc. v. United States, protests 61/19817 and 61/22152. Protests abandoned October 29, 1964. Plaintiff's application for rehearing granted.

JANUARY 5, 1965

**No. 68996.**—Pistorino & Company, Inc. v. United States, protest 62/8246.— C.D. 2491. Motion of Government for rehearing granted.